# UNITED STATES DISTRICT COURT
### for the

Western District of Missouri

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 21-3005-MJ-WJE |
| CRAIG MICHAEL GLOVER, [DOB: | ) |
| 04/15/1970] | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____12/1/19 - 3/13/20_____ in the county of _____Cole_____ in the

_____Western_____ District of _____Missouri_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2251(a)<br>NLT 15 Years Imprisonment<br>NMT 30 Years Imprisonment<br>NLT 5 Years Supervised Release<br>NMT Life Supervised Release<br>Class B Felony | Between July 17, 2019 and July 16, 2020, said dates being approximate, within Cole County, in the Western District of Missouri, the defendant, CRAIG MICHAEL GLOVER, attempted to employ, use, pursuade, induce, entice and coerce a minor, FV1, to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was transported in interstate commerce; all in violation of Title 18, United States Code, Sections 2251(a) and (e). |

This criminal complaint is based on these facts:

See affidavit of FBI SA Sean McDermott, attached hereto and made a part hereof for all purposes.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI SA Sean McDermott
*Printed name and title*

❏ Sworn to before me and signed in my presence.

☑ Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone or other reliable electronic means.

Date: _____02/02/2021_____

_____
*Judge's signature*

Willie J. Epps, Jr., United States Magistrate Judge
*Printed name and title*

Western District of Missouri